THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher Thomas,       
Appellant.
 
 
 

Appeal From Richland County
L. Henry McKellar, Circuit Court Judge

Unpublished Opinion No. 2003-UP-166
Submitted January 10, 2003  Filed February 
 27, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia
Attorney General Henry Dargan McMaster
Chief Deputy Attorney General John W. McIntosh Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Christopher Thomas appeals from 
 his guilty plea to assault and battery of a high and aggravated nature.  Thomas 
 argues the trial court violated the mandate of Boykin v. Alabama, 395 
 U.S. 238 (1965), by accepting his guilty plea because he disputed the States 
 allegations.  Thomass counsel attached to the brief a petition to be relieved 
 as counsel, stating she had reviewed the record and concluded Thomass appeal 
 lacks merit.  After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Thomass appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.